IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To: Cases from the law firm of Cascino Vaughan Law Offices, Ltd. U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN Opland v. Amicon, et al., Case No. 97C0193C | Civil Action No. MDL 875 |

## ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the plaintiff's motion for appointment of Special Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1. Corinne A Opland is appointed Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Corinne A Opland, individually and as special administrator for the estate of Pern N Opland, as plaintiff herein.

Date: 1/29/09

_____
Honorable Eduardo C. Robreno

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)